976 So.2d 1284 (2008)
OIL INSURANCE LIMITED
v.
DOW CHEMICAL COMPANY, Dow Hydrocarbons and Resources, Inc., Frank's Casing Crew & Rental Tools, Inc. and Grey Wolf Drilling Company.
No. 2007-C-2319.
Supreme Court of Louisiana.
February 22, 2008.
In re Oil Insurance Limited;Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Assumption, 23rd Judicial District Court Div. B, No. 29,217; to the Court of Appeal, First Circuit, No. 2007 CA 0418.
Denied.
JOHNSON, J., would grant.